**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YASIR MEHMOOD,

    Petitioner,   2:15-cv-01739-GMN-CWH

vs.

**ORDER**

JUDGE BRENNAN, *et al.*,

    Respondents.

_____/

This action is a petition for writ of habeas corpus by Yasir Mehmood, who is apparently incarcerated in the Nevada Southern Detention Center, in Pahrump, Nevada, awaiting a criminal trial in the United States District Court for the Eastern District of California.

Mehmood has filed an application to proceed *in forma pauperis* (ECF No. 1). The financial information provided with the application to proceed *in forma pauperis* indicates that petitioner is unable to pay the filing fee. Therefore, the *in forma pauperis* application will be granted.

The court has reviewed Mehmood's petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and finds that the petition is frivolous; it does not state a claim upon which habeas relief could be granted by this court.

In his habeas petition, Mehmood claims he was subject to an unconstitutional search in the prosecution he faces in the United States District Court for the Eastern District of California, and he seeks, as relief: to have this Court "invalidate and quash the search warrant" in his criminal case in the Eastern District of California; to have this Court suppress evidence in the Eastern District of

California case; to have this Court return property seized in the Eastern District of California case; to have this Court "invalidate and dismiss the complaint, arrest warrant, indictment" in the Eastern District of California case; and to have this Court grant bail in the Eastern District of California case. *See* Petition for Writ of Habeas Corpus. Mehmood's claims are plainly not cognizable in this habeas corpus action in this Court, and the relief he seeks is plainly beyond this Court's jurisdiction. Mehmood's habeas petition is patently frivolous.

**IT IS THEREFORE ORDERED** that the petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus (now attached to the application to proceed *in forma pauperis* (ECF No. 1)

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 24th day of September, 2015.

Gloria M. Navarro, Chief Judge
United States District Court